IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

SHANDY N. GLIDEWELL                                PLAINTIFF

v.                    CIVIL NO. 18-02010

NANCY A. BERRYHILL                            DEFENDANT
Acting Commissioner, Social Security Administration

## **JUDGMENT**

For reasons stated in a memorandum opinion of this date, the Court hereby affirms the decision of the Commissioner and dismisses Plaintiff's case with prejudice. **The parties have sixty days from entry of the judgment on the docket in which to appeal.**

**IT IS SO ORDERED AND ADJUDGED this 28th day of March 2019.**

                                                 /s/    *Erin L. Wiedemann*
                                                    HON. ERIN L. WIEDEMANN
                                                    UNITED STATES MAGISTRATE JUDGE